# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-20244-JTF |
| ) | |
| BRYCE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant's Bryce Williams Motion to Suppress filed on February 2, 2016. (ECF No. 27.) On February 16, 2016, the United States filed a Response to which the Defendant Replied on February 23, 2016. (ECF No. 30-31.) The Motion was referred to the Magistrate Judge for report and recommendation on March 2, 2016. (ECF No. 32.) On June 24, 2016, The Magistrate Judge entered his Report and Recommendation, recommending that the Defendant's Motion to Suppress be denied. (ECF No. 50.) No objections were filed.

After de novo review of the report and recommendations, the instant motion, and the entire record, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation. IT IS THEREFORE ORDERED that Defendant's Motion to Suppress is DENIED.

IT IS SO ORDERED this 21st day of July, 2016.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge